| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 22-7618-JFW(AGR)** | Date: January 26, 2023 |

Title:    David Piparo -v- United States of America

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

   On December 16, 2022, the Court granted Plaintiff David Piparo's ("Plaintiff") Request to Proceed *in Forma Pauperis* ("IFP Request"), and ordered that "[a]n initial partial filing fee of $7.29 is due immediately."  The Court also warned Plaintiff that "this case may be dismissed if that amount is not received by the Court within 30 days."  Plaintiff has failed to timely pay, and has still not paid, his initial partial filing fee of $7.29.  Accordingly, this action is **DISMISSED without prejudice**.

   IT IS SO ORDERED.